# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOELLA C.,

Jul 26, 2018

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| *Defendant* | ) |

Civil Action No.   1:18-CV-03003-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔ other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED as moot.
Parties Stipulated Motion for Remand (ECF No. 17) is GRANTED.
Judgment is entered for the Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

✔ decided by   SENIOR JUDGE FRED VAN SICKLE   on a motion for remand.

Date:   07/26/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez

*(By) Deputy Clerk*

Tonia Ramirez